**Order issued February 13, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00375-CV

————————————

**RWS TRANSPORT, L.P. D/B/A REPUBLIC WASTE SERVICES AND BOBBY R. MATTHEWS, Appellants**

**V.**

**KARLA KEITH, Appellee**

---

**On Appeal from the 23rd District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 50809**

---

### MEMORANDUM ORDER

The parties have filed a joint motion, representing that the parties have reached a settlement agreement and requesting that the Court abate this appeal and permit proceedings in the trial court, as necessary, to effectuate their agreement.

Accordingly, we grant the motion, abate the appeal, and remand the cause to permit proceedings in the trial court to effectuate the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(C). The appeal shall be abated until such time as either party file a motion to reinstate and dismiss the appeal, no later than 60 days from the date of this order. If the agreement is not finalized by that date, appellants shall files a report advising the Court on the status of the proceedings in the district court and requesting an extension of the abatement. The Court will dismiss the appeal, without further notice, if no motion to reinstate and dismiss the appeal or no status report is filed within 60 days of this order. *See* TEX. R. APP. P. 42.3(c).

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.